GERTRUDE C. ARMSTRONG, Appellant, *v.* B. WHEELER
DYER et al., Defendants, and J. OAKLEY HOBBY, JR.,
et al., Respondents.

(Argued October 2, 1935; decided October 22, 1935.)

*Ralph G. Albrecht, Martin A. Meyer, Jr.,* and *Gerald J. McMahon* for appellant.

*Sidney J. Berger* for respondents.

Order affirmed, with costs, and questions certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.